UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-01198-MJC

Gail LaVern Harrell  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-01198-MJC

Gail LaVern Harrell  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 19, 2022 :

Timothy B. Fisher, II
PO Box 396
525 Main Street
Gouldsboro, PA 18424

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx62118 / 1058704