United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01198-MJC
Gail LaVern Harrell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 06, 2022      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail LaVern Harrell, P.O. Box 1075, Effort, PA 18330-1075 |
| 5482453 | + | Jefferson Capital Systems, 2118 Usher Street N.W., Covington, GA 30014-2434 |
| 5482454 | + | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5484254 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5482461 | + | U.S. Bank National Assocation, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2022 19:07:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 06 2022 19:09:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5486155 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2022 19:07:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5483836 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2022 19:07:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5482452 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2022 19:07:00 | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5486683 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2022 19:07:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5486703 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2022 19:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5482454 | ^ | MEBN | Sep 06 2022 19:06:13 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5482455 | ^ | MEBN | Sep 06 2022 19:06:03 | Lendmark Financial Services, 1735 N Brown Road Suite 300, Lawrenceville, GA 30043-8228 |
| 5482456 | + | Email/PDF: pa_dc_claims@navient.com | Sep 06 2022 19:10:06 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5485564 | | Email/PDF: cbp@onemainfinancial.com | Sep 06 2022 19:09:54 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5482457 | | Email/PDF: cbp@onemainfinancial.com | Sep 06 2022 19:10:01 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5484244 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2022 19:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
| --- | --- | --- | --- | --- |
| 5482458 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 06 2022 19:10:01 | Premier BKCRD/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5486613 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2022 19:07:00 | Premier Bankard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5482460 | | Email/Text: sierraviewoffice@gmail.com | Sep 06 2022 19:07:00 | Sierra View Association, PO Box 349, Effort, PA 18330 |
| 5482459 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 06 2022 19:07:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5482814 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 06 2022 19:10:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5483767 | *+ | Lendmark Financial Services, LLC, 1735 N Brown Road Suite 300, Lawrenceville, GA 30043-8228 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5 bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Gail LaVern Harrell donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gail LaVern Harrell,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−01198−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 27, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 4, 2022 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 6, 2022 |

ntcnfhrg (08/21)