UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GAIL LAVERN HARRELL : CHAPTER 13
       Debtor :
        :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
GAIR LAVERN HARRELL :
       Respondent : CASE NO. 5-22-bk-01198

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 1st day of November, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507. More specifically, Pennsylvania Department of Revenue has a priority claim that is not provided for in the First Amended Plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                Respectfully submitted:

                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

        BY:     /s/Agatha R. McHale
                Attorney for Trustee

# CERTIFICATE OF SERVICE

    AND NOW, this 1st day of November, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Timothy Fisher, II, Esquire
P.O. Box 396
Gouldsboro, PA   18424

              /s/Deborah A. Behney
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee