# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gail LaVern Harrell,                              Chapter        13

**Debtor 1**

                                                  Case No.        5:22–bk–01198–MJC


## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 10, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.


By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  December 20, 2022

orcnfpln(05/18)