**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re  Gail Lavern Harrell
Debtor(s)

Case No. 5:22-bk-01198
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a copy of **Order Confirming Amended Chapter 13 Plan (Doc.#33)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**

| Label Matrix for local noticing<br>0314-5<br>Case 5:22-bk-01198-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Dec 20 15:51:40 EST 2022 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Commonwealth of Pennsylvania Department of R<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Americredit/GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Internal Revenue Service<br>P O BOX 7346<br>Philadelphia PA 19101-7346 | Jefferson Capital Systems<br>2118 Usher Street N.W.<br>Covington, GA 30014-2434 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML Law Group, P.C.<br>Ste 5000 - BNY Independence Center<br>701 Market St<br>Philadelphia, PA 19106-1541 | Lendmark Financial Services<br>1735 N Brown Road Suite 300<br>Lawrenceville, GA 30043-8228 |
| Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, LLC. on behalf of<br>ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| One Main Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Premier BKCRD/First Premier<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4824 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | (p)SIERRA VIEW ASSOCIATION<br>PO BOX 349<br>EFFORT PA 18330-0349 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bank National Assocation<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | U.S. Bank National Association  at. el<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Gail LaVern Harrell<br>P.O. Box 1075<br>Effort, PA 18330-1075 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | | |