United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01198-MJC
Gail LaVern Harrell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 20, 2022      Form ID: orcnfpln      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail LaVern Harrell, P.O. Box 1075, Effort, PA 18330-1075 |
| 5482453 | + | Jefferson Capital Systems, 2118 Usher Street N.W., Covington, GA 30014-2434 |
| 5484254 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5482461 | + | U.S. Bank National Assocation, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2022 18:42:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 20 2022 18:43:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5486155 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2022 18:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5483836 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2022 18:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5482452 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2022 18:42:00 | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5486683 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2022 18:42:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5486703 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2022 18:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5482454 | ^ | MEBN | Dec 20 2022 18:36:07 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5482455 | ^ | MEBN | Dec 20 2022 18:36:05 | Lendmark Financial Services, 1735 N Brown Road Suite 300, Lawrenceville, GA 30043-8228 |
| 5482456 | + | Email/PDF: pa_dc_claims@navient.com | Dec 20 2022 18:43:26 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5485564 | | Email/PDF: cbp@onemainfinancial.com | Dec 20 2022 18:43:31 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5482457 | | Email/PDF: cbp@onemainfinancial.com | Dec 20 2022 18:43:30 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5484244 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2022 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5482458 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2022 18:43:27 | Premier BKCRD/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5486613 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2022 18:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5482460 | | Email/Text: sierraviewoffice@gmail.com | Dec 20 2022 18:42:00 | Sierra View Association, PO Box 349, Effort, PA 18330 |
| 5482459 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2022 18:42:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5482814 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2022 18:43:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5493735 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2022 18:42:00 | U.S. Bank National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5483767 | *+ | Lendmark Financial Services, LLC, 1735 N Brown Road Suite 300, Lawrenceville, GA 30043-8228 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Gail LaVern Harrell donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gail LaVern Harrell,       Chapter    13

    **Debtor 1**

Case No.    5:22−bk−01198−MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 10, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 20, 2022

orcnfpln(05/18)