IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail LaVern Harrell<br>    Debtor,<br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5<br>    Movant.<br>v.<br><br>Gail LaVern Harrell<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:22-bk-01198-MJC<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                Respectfully submitted,

Dated: May 18, 2023                BY:*/s/Lorraine Gazzara Doyle*
                                                       Christopher A. DeNardo 78447
                                                       Lorraine Gazzara Doyle 34576
                                                       LOGS Legal Group LLP
                                                       3600 Horizon Drive, Suite 150
                                                       King of Prussia, PA 19406
                                                       (610) 278-6800
                                                       logsecf@logs.com

LLG File #: 22-067483

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail LaVern Harrell<br>    Debtor,<br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5<br>    Movant.<br>v.<br><br>Gail LaVern Harrell<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:22-bk-01198-MJC<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>18th</u> day of <u>May</u>, 2023:

Gail LaVern Harrell
254 Upper Ridge Drive
Effort, PA 18330

Timothy B. Fisher, II, Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424
donna.kau@pocono-lawyers.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com