IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail LaVern Harrell<br>    Debtor, <br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5<br>    Movant.<br>v.<br><br>Gail LaVern Harrell<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:22-bk-01198 - MJC<br><br>CHAPTER 13 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance: To allow more time for payment review.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

                                      Respectfully submitted,

Dated: 08/25/2023                          BY: */s/ Christopher A. DeNardo*
                                                        Christopher A. DeNardo 78447
                                                        LOGS Legal Group LLP
                                                        3600 Horizon Drive, Suite 150
                                                        King of Prussia, PA 19406
                                                         (610) 278-6800
                                                         logsecf@logs.com

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.