IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail LaVern Harrell<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:22-bk-01198 - MJC |
| Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5<br>    Movant.<br>v.<br><br>Gail LaVern Harrell<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**PRAECIPE TO WITHDRAW**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5's Motion for Relief from the Automatic Stay filed with the Court on July 27, 2023, Docket No. 39.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail LaVern Harrell<br>　　　Debtor,<br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5<br>　　　Movant.<br>v.<br><br>Gail LaVern Harrell<br>　　　Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:22-bk-01198 - MJC<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 30th day of August, 2023:

Gail LaVern Harrell
254 Upper Ridge Drive
Effort, PA 18330

Timothy B. Fisher, II, Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424
donna.kau@pocono-lawyers.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com