IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail LaVern Harrell<br>_Debtor(s)_ | CHAPTER 13 |
| U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5<br>_Moving Party_<br>vs. | NO. 22-01198 MJC |
| Gail LaVern Harrell<br>_Debtor(s)_ | 11 U.S.C. Section 362 |
| Jack N Zaharopoulos<br>_Trustee_ | |

## ORDER

Upon consideration of the Consent Order filed at Dkt. #66 in the above-captioned case ("Consent Order"), it is hereby

**ORDERED** that the Consent Order is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 14, 2025